An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE,

               Appellant,

vs.

U. STORE; DAVID HERMONSON; AND DONNA TENNY,

               Respondents.

No. 68959

FILED

NOV 0 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order of the district court rendered on August 20, 2015. Eighth Judicial District Court, Clark County; James Crockett, Judge. The parties are proceeding in pro se.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order. The order rendered on August 20, 2015, grants appellant one more chance to comply with NRCP 16.1 and continues the hearing until December 1, 2015. Moreover, the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). No other order reflected in the district court minutes or docket

15-33404

entries is an appealable order. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. James Crockett, District Judge
Victor Tagle
David Hermonson
Donna Tenny
Eighth District Court Clerk

---

[1]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.

SUPREME COURT
OF
NEVADA

(O) 1947A